Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
JULIA ANN TORRES

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| JULIA ANN TORRES,<br><br>　　　　　　　　Plaintiff,<br>　v.<br><br>LEGAL RECOVERY LAW OFFICES, INC., a California corporation; and MARK D. WALSH, individually and in his official capacity,<br><br>　　　　　　　　Defendants. | Case No. 5:12-CV-02052-EJD-PSG<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

　　　　Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, JULIA ANN TORRES, and Defendants, LEGAL RECOVERY LAW OFFICES, INC., and MARK D. WALSH, stipulate, and the Court hereby orders, as follows:

　　　　1.　　The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, JULIA ANN TORRES, against Defendants, LEGAL RECOVERY LAW OFFICES, INC., and MARK D. WALSH, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

/ / /

/ / /

/ / /

---

- 2 -

|   |   |
|---|---|
|   | CONSUMER LAW CENTER, INC. |
| Dated: March 7, 2013 | By: /s/ Fred W. Schwinn<br>Fred W. Schwinn, Esq.<br>Attorney for Plaintiff<br>JULIA ANN TORRES |
|   | LEGAL RECOVERY LAW OFFICES, INC. |
| Dated: March 7, 2013 | By: /s/ Andrew P. Rundquist<br>Andrew P. Rundquist, Esq.<br>Attorney for Defendants<br>LEGAL RECOVERY LAW OFFICES, INC., and MARK D. WALSH |

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.
The Clerk shall close this file.

Dated: 3/8/2013

The Honorable Edward J. Davila
Judge of the District Court